UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN MADDOX,<br><br>    Petitioner,<br><br>v.<br><br>MARION SPEARMAN,<br><br>    Respondent. | CASE NO. CV 16-08213 BRO (RAO)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records and files herein, and the Magistrate Judge's Interim Report and Recommendation. In response to the Interim Report and Recommendation, Petitioner filed a letter dated July 26, 2017 ("Letter"), stating that Petitioner is electing to proceed with the exhausted claims and withdrawing the unexhausted claims in the Petition. Petitioner's Letter does not raise any objections to the Interim Report and Recommendation. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that Grounds Four through Eight of the Petition are dismissed.

///

///

IT IS FURTHER ORDERED that Respondent shall file and serve an Answer to the Petition within 45 days of this Order on the remaining exhausted claims.

IT IS SO ORDERED.

DATED: August 16, 2017

By: _____
Honorable Beverly R. O'Connell
United States District Court Judge