UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **KEVIN MADDOX,** | No. LA CV 16-08213-VBF-RAO |
| Petitioner, | **FINAL JUDGMENT** |
| v. | |
| MARION SPEARMAN (Warden), | |
| Respondent. | |

**Final judgment is hereby entered in favor of the respondent warden and against petitioner Kevin Maddox.**

IT IS SO ADJUDGED.

Dated:  December 9, 2019

*Valerie Baker Fairbank*
_____
Honorable Valerie Baker Fairbank
Senior United States District Judge